| ☜PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)*<br>4:11CR37-RH-12 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)*<br>2:17 CM 3/53 · T |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Northern District of Florida | DIVISION<br>Tallahassee |
|---|---|---|
| Jamie Jones | NAME OF SENTENCING JUDGE<br>Robert L. Hinkle, United States District Judge | |

| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>04/14/2017 | TO<br>04/14/2020 |
|---|---|---|---|

OFFENSE

Conspiracy to Distribute and Possess with Intent to Distribute 100 Kilograms or More of Marijuana, 21 U.S.C. 841(b)(1)(B) and 846

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Northern___ DISTRICT OF ___Florida___

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Middle District of Alabama___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

___6/20/17___
Date

___Robert M Hinkle___
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Middle___ DISTRICT OF ___Alabama___

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

___7/17/17___
Effective Date

___[signature]___
United States District Judge

UNITED STATES GOVERNMENT

**MEMORANDUM**



RECEIVED

2017 JUL 17 A C 34

ERRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

*DATE:*     July 17, 2017

*TO:*       The Honorable _Thompson_
            United States District Judge

*REPLY TO*
*ATTN OF:*  Jennifer Humber
            United States Probation Officer
            Middle District of Alabama

*SUBJECT:*  **Jamie Jones**
            **Dkt. No. 4:11CR037-RH-12 (Northern District of Florida)**
            **TRANSFER OF JURISDICTION**

## Court Summary:

On July 27, 2012, Jamie Jones was sentenced in the U.S. District Court for the Northern District of Florida, Tallahassee Division, to 60 months imprisonment followed by four years supervised release for Conspiracy to Distribute and Possess with Intent to Distribute 100 Kilograms or More of Marijuana. Jones is subject to the following special conditions of supervision: 1) the defendant shall submit to a search of his person, residence, office and vehicle pursuant to the search policy of the Middle District of Alabama; 2) the defendant shall maintain his child support obligations, including any arrearage, as imposed by Alabama Department of Human Resources and the Alabama State Courts; and 3) the defendant shall participate in drug treatment and testing as directed.

## Supervision Summary:

Jones' term of supervised release commenced on April 14, 2017. His supervision was assumed in the Middle District of Alabama, as Jones is a resident of Montgomery, Alabama. He is also supervised on a Middle District of Alabama case, Docket Number 2:11CR113-MEF-02. Jones tested positive for marijuana on May 8, 2017; however, it is possible that this positive result was a residual positive from his admitted use on April 13, 2017, while he was still in the custody of Dismas Charities Residential Reentry Center. Jones lives with his mother, stepfather, and brother on Sunnybrook Drive in Montgomery, Alabama. He is very active in his children's lives, as verified by home contacts made by this officer. Jones has obtained employment at PHA Body Systems in Montgomery, Alabama, and was recently promoted to permanent status. He works approximately 45 hours per week and earns approximately $2,800 per month.

**Recommendation:**

Considering Jones has no significant ties to the Northern District of Florida, it is recommended that jurisdiction of this case be transferred to the Middle District of Alabama. Should the Court concur with this recommendation, please sign Part 2 of the attached document accepting jurisdiction, and return the form to this officer for further processing.

Respectfully submitted,

/s/ Jennifer Humber
Jennifer Humber
United States Probation Officer

**Reviewed and Approved by:**

/s/ David Ron Thweatt
David Ron Thweatt
Supervisory U.S. Probation Officer

**APPROVED:**

_____ 7/17/17
United States District Judge/Date

**DISAPPROVED:**

_____
United States District Judge/Date

**Comments:** _____